United States District Court
Eastern District of New York

1:18-cv-02216-KAM-CLP

| |
|---|
| Freddie Jamison individually and on behalf of all others similarly situated <br><br> Plaintiffs <br><br> - against - <br><br> Trader Joe's Company and Trader Joe's East, Inc. <br><br> Defendants |

Notice of Voluntary Dismissal With Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated:   July 13, 2018

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan

Spencer Sheehan
EDNY Bar Number SS-8533
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel:  516.303.0552
Fax: 516.234.7800
spencer@spencersheehan.com

1:18-cv-02216-KAM-CLP
United States District Court
Eastern District of New York

Freddie Jamison individually and on behalf of all others similarly situated

Plaintiffs

- against -

Trader Joe's Company and Trader Joe's East, Inc.

Defendants

## Notice of Voluntary Dismissal With Prejudice

Sheehan & Associates, P.C.
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel:  516.303.0552
Fax: 516.234.7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  July 13, 2018

/s/ Spencer Sheehan
Spencer Sheehan