FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 16 2018 ★
BROOKLYN OFFICE

United States District Court
Eastern District of New York

1:18-cv-02216-KAM-CLP

Freddie Jamison individually and on behalf of all others similarly situated

Plaintiffs

- against -

Trader Joe's Company and Trader Joe's East, Inc.

Defendants

Notice of Voluntary Dismissal With Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated: July 13, 2018

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan
Spencer Sheehan
EDNY Bar Number SS-8533
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel: 516.303.0552
Fax: 516.234.7800
spencer@spencersheehan.com

So Ordered: /s/ USDJ KIYO A. MATSUMOTO
Kiyo A. Matsumoto
U.S. District Judge
Brooklyn, NY
July 13, 2018